421 A.2d 208

**Betty LINKIEWICZ, Appellant,**

v.

**Commonwealth of Pennsylvania,**

**WORKMEN'S COMPENSATION APPEAL BOARD and Firedown, Inc., Appellees.**

Supreme Court of Pennsylvania.

Argued Sept. 24, 1980.

Decided Nov. 3, 1980.

Donald D. Doerr, Butler, for appellant.

Fred C. Trenor, Pittsburgh, for appellees.

## ORDER

PER CURIAM:

Order of Commonwealth Court is affirmed, 44 Pa.Cmwlth. 485, 403 A.2d 1364.